STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 08-444 consolidated with CA 08-443


HARRY J. CASTILLE

VERSUS

TOWN OF HENDERSON


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF ST. MARTIN, NO. 71068 C/W 70995
HONORABLE GERARD B. WATTIGNY, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*


**BILLY HOWARD EZELL**
**JUDGE**


\*\*\*\*\*\*\*\*\*\*


Court composed of Sylvia R. Cooks, Michael G. Sullivan, and Billy Howard Ezell, Judges.

**AFFIRMED.**

**John L. Olivier**
**Olivier & Brinkhaus**
**P.O. Drawer E**
**Sunset, LA 70584**
**(337) 662-5242**
**Counsel for Defendant/Appellant:**
**Town of Henderson**

**Karl J. Koch**
**Attorney at Law**
**214 Third Street, Suite 2-C**
**Baton Rouge, LA 70801**
**(225) 223-6215**
**Counsel for Plaintiff/Appellee:**
**Harry J. Castille**

**EZELL, JUDGE.**

For the reasons set forth in the consolidated case of *Phillip M. Roberts vs. Town of Henderson,* 08-443 (La.App. 3 Cir. 11/5/2008)___ So.2d ___, the judgment of the trial court is affirmed. Costs of this appeal are assessed to the Town of Henderson.

**AFFIRMED.**